IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Potts, Homer L | Case Number: 06 B 13555 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/15/08 | Filed: 10/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 3, 2008
Confirmed: February 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,350.00 | |
| Secured: | | 350.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 929.81 |
| Trustee Fee: | | 70.19 |
| Other Funds: | | 0.00 |
| Totals: | 1,350.00 | 1,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,834.00 | 929.81 |
| 2. | Car Town | Secured | 1,994.91 | 350.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 726.00 | 0.00 |
| 4. | Freedom Card | Unsecured | 62.80 | 0.00 |
| 5. | America's Financial Choice Inc | Unsecured | 19.10 | 0.00 |
| 6. | Sprint Nextel | Unsecured | 32.29 | 0.00 |
| 7. | Pay Day Advance Cash To Go | Unsecured | 19.10 | 0.00 |
| 8. | Nationwide Acceptance Corp | Unsecured | 166.98 | 0.00 |
| 9. | J V D B & Associates | Secured | | No Claim Filed |
| 10. | Illinois Title Loans | Secured | | No Claim Filed |
| 11. | First Premier | Unsecured | | No Claim Filed |
| 12. | J V D B & Associates | Unsecured | | No Claim Filed |
| 13. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 14. | NAC Cassel | Unsecured | | No Claim Filed |
| 15. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 16. | Keith S Shindler Ltd | Unsecured | | No Claim Filed |
| 17. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | Pay Day Loan | Unsecured | | No Claim Filed |
| 20. | Park Dansan | Unsecured | | No Claim Filed |
| 21. | Social Security Administration | Unsecured | | No Claim Filed |
| 22. | St Bernard Hospital | Unsecured | | No Claim Filed |
| 23. | Washington University | Unsecured | | No Claim Filed |
| 24. | T Mobile USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Potts, Homer L

Printed:  7/15/08

Case Number:  06 B 13555
Judge:  Goldgar, A. Benjamin
Filed:  10/21/06

_____      _____
$ 5,855.18        $ 1,279.81

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 21.59 |
| 5.4% | 48.60 |
|  | _____ |
|  | $ 70.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____